**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00307**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JOHN HEINITSH,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On November 21, 2013, the Plaintiff filed this action against the Defendant John Heinitsh. [Doc. 1]. An Affidavit of Service filed by the Plaintiff indicates that the Defendant was served on January 10, 2014. [Doc. 3]. To date, however, the Defendant has not made an appearance or otherwise defended this action, and the Plaintiff appears to have made no effort to prosecute the action further against the Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendant John

Heinitsh. The Plaintiff is advised that failure to take further action against the Defendant will result in the dismissal of this case.

**IT IS SO ORDERED.**

Signed: April 28, 2014

Graham C. Mullen
United States District Judge