IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 13-307 |
| | ) | |
| JOHN HEINITSH, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons stated in the United States' Motion for Entry of Default Judgment, judgment is hereby entered on behalf of the United States and against defendant John Heinitsh as follows:

A) that defendant John Heinitsh is indebted to the United States in the amount of $51,484 as of May 14, 2014, for liability imposed under § 6672 relating to Federal income tax withholding and Federal Insurance Contribution Act ("FICA") taxes which were required to be withheld from the wages of the employees of Carolina Main Frame, Inc. which were not collected, truthfully accounted for, or paid over to the United States for the fourth quarter of 1998, all four quarters of 1999, and the first quarter of 2000;

B) that defendant John Heinitsh is indebted to the United States in the amount of $134,483 as of May 14, 2014, for liability imposed under § 6672 relating to Federal income tax withholding and Federal Insurance Contribution Act ("FICA") taxes which were required to be withheld from the wages of the employees of Heinitsh Homes, Inc. which were not collected, truthfully accounted for, or paid over to the United States for

all four quarters of 1998 and 1999, and the first quarter of 2000;

    C)    that defendant John Heinitsh is indebted to the United States in the amount of $59,456 as of May 14, 2014, for liability imposed under § 6672 relating to Federal income tax withholding and Federal Insurance Contribution Act ("FICA") taxes which were required to be withheld from the wages of the employees of Lake Toxaway General Store, Inc. which were not collected, truthfully accounted for, or paid over to the United States for the last quarter of 2000, all four quarters of 2001 and 2002, the first, second and last quarters of 2003, the second and last quarters of 2004, all four quarters of 2005, and the first quarter of 2006;

    D)    that defendant John Heinitsh is indebted to the United States in the amount of $66,644 as of May 19, 2014, for income taxes, penalties, and interest relating to the year 2002.

Signed: June 6, 2014

Frank G. Johns, Clerk
United States District Court